COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
|  | § |  |
| Howard Worthing and Lisa Worthing, | § | No. 08-16-00009-CV |
| Appellants, | § | Appeal from the |
| v. | § | 33rd District Court |
| Deutsche Bank National Trust Company, as Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2003-W5; and Homeward Residential, Inc. f/k/a American Home Mortgage Servicing, Inc. and Homeward Residential Inc., | § | of Burnet County, Texas |
|  | § | (TC# 40677) |
|  | § |  |
|  | § |  |
| Appellees. | § |  |
|  | § |  |

## O R D E R

The Court GRANTS the Appellants' Motion to Re-establish the Appellate Timetable.

Therefore the Court ORDERS this appeal to continue, the appellate timetable suspension is lifted and the Clerk's Record (1 volume) received on February 17, 2016 and the Reporter's Record (1 volume) received on February 29, 2016 have this day been filed. Appellants' brief is due 30 days from the date of this order.

IT IS SO ORDERED this 14th day of April, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.